ACCEPTED
04-15-00140-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/13/2015 4:25:31 PM
KEITH HOTTLE
CLERK

04-15-00140-CV

## NO. 10-10-0579-CVW

| | | |
|---|---|---|
| **IN THE MATTER OF** | § | **IN THE DISTRICT COURT** |
| **THE MARRIAGE OF** | § | |
| | § | |
| **TRACIE MARIE PARSON** | § | |
| **AND** | § | **81ST JUDICIAL DISTRICT** |
| **PAUL MICHAEL PARSON** | § | |
| | § | |
| **AND IN THE INTEREST OF** | § | |
| **F.G.P. AND** | § | |
| **R.D.P., CHILDREN** | § | **WILSON COUNTY, TEXAS** |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
03/13/2015 4:25:31 PM
KEITH E. HOTTLE
Clerk

## NOTICE OF APPEAL

This Notice of Appeal is filed by TRACIE MARIE SCHEFFLER, Petitioner, formerly known as Tracie Marie Parson, a party to this proceeding who seeks to correct the trial court's final decree of divorce and order for military retirement.

1.     The trial court, cause number, and style of this case are as shown in the caption above.

2.     On May 24, 2011, the trial court signed a Corrected Final Decree of Divorce and a Domestic Relations Order for Military Retirement in this suit.

3.     On January 8, 2015, TRACIE MARIE SCHEFFLER, Petitioner, filed her Petition to Correct or Amend Domestic Relations Order for Military Retirement in this case.

4.     On February 13, 2015, the trial court signed an Order sustaining the plea to the jurisdiction filed by Respondent, PAUL MICHAEL PARSON, and dismissed Petitioner's petition to correct the order for military retirement for lack of jurisdiction.

5.     This appeal is being taken to the Fourth Court of Appeals.

6.     This notice is being filed by TRACIE MARIE SCHEFFLER, who was the petitioner in the original suit for divorce.

Respectfully submitted,

The Law Offices of
DONAHO & DOCKERY, P. C.
P. O. Box 459
Floresville, Texas 78114
(830) 393-2700
(830) 393-3029 Telecopier

/s/ Kirk Dockery

By: _____
Kirk Dockery, Attorney in Charge
State Bar No. 05929220
Email: kirkdockery@gmail.com
Scott R. Donaho
State Bar No. 05967755
Email: srdonaho@floresville.net
Attorneys for Tracie Marie Scheffler

## CERTIFICATE OF SERVICE

I certify that a true copy of this Notice of Appeal was served in accordance with Rule 9.5 of the Texas Rules of Appellate Procedure on each party or that party's lead counsel as follows:

Party:  PAUL MICHAEL PARSON
Lead attorney: Jason J. Jakob
Address of service:    115 E. Travis, Suite 333, San Antonio, Texas
Method of service:    by electronic service
Date of service: March _____, 2015.

/s/ Kirk Dockery

_____
Kirk Dockery
Attorney for Tracie Marie Scheffler

10201b-#26.wpd